Janine A. Carlan (C.A. SB # 197613)
janine.carlan@afslaw.com
**ARENTFOX SCHIFF LLP**
44 Montgomery St., 38th Floor
San Francisco, CA 94104
Telephone: (415) 757-5500
Facsimile: (415) 757-5501

Jasjit S. Vidwan (D.C. SB # 252512)
(admitted *pro hac vice*)
jasjit.vidwan@afslaw.com
**ARENTFOX SCHIFF LLP**
1717 K St., NW
Washington, D.C. 20006
Telephone: (202) 857-6000
Facsimile: (202) 857-6395

YURI MIKULKA (CA SB # 185926)
yuri.mikulka@alston.com
MIKE J. NEWTON (CA SB # 156225)
mike.newton@alston.com
**ALSTON & BIRD LLP**
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Telephone: 213-576-1000
Facsimile: 213-576-1100

Ryan Yagura (CA SB # 197619)
ryagura@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone: (213) 430-6000

Marc Pensabene (NY SB # 2656361)
mpensabe@omm.com
Joanne Bae (NY SB # 5921499)
jbae@omm.com
**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas, Suite 1700
New York, New York 10019
Telephone: (212) 326-2000

[*Counsel continued on next page*]

*Attorneys for Declaratory Judgment Defendants*
*OURA HEALTH OY and OURARING INC.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> OURA HEALTH OY and OURARING INC., <br><br> Defendants. | CASE NO. 3:24-cv-03245-AMO <br><br> Assigned to: Hon. Araceli Martinez-Olguin <br><br> **ADMINISTRATIVE JOINT MOTION FOR CLARIFICATION OF DEADLINE ISSUED IN ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |

1

[*Counsel continued from previous page*]

Mark Liang (CA SB # 278487)
mlian@omm.com
Bill Trac (CA SB # 281437)
btrac@omm.com
Sorin Zaharia (CA SB # 312655)
szaharia@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700

Cason Cole ((TX SB # 24109741)
ccole@omm.com
**O'MELVENY & MYERS LLP**
2801 N. Harwood St., 17th Floor
Dallas, Texas 75201
Telephone: (972) 360 1916

*Attorneys for Plaintiffs Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

Defendants Oura Health Oy and Ouraring, Inc. ("Oura") and Plaintiffs Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung") (collectively, the "Parties") by and through undersigned counsel, respectfully file this Administrative Motion requesting an order clarifying the issued April 10, 2025 deadline in the conclusion of the Order Granting Defendants' Motion to Dismiss (ECF 57) ("Order"), in the above-captioned proceeding. The Order concludes with "[b]y April 10, 2025, the parties **SHALL** file a joint case management statement, including a proposed case schedule with specific dates."

The Parties filed a Joint Case Management Statement earlier in the proceeding (ECF 52), and this Court issued an Order dismissing the proceeding with leave to amend on March 27, 2025 (ECF 57). Additionally, the Order requested that "[a]ny amended Complaint" be filed by April 25, 2025.

Considering the above, the Parties respectfully request that this Court issue an order clarifying the April 10, 2025 deadline by indicating whether the 1) deadline was inadvertently included in the Order and will be vacated; or 2) whether the deadline to file a joint case management statement should be a date certain after the filing of an amended Complaint.

We thank the Court for its time and look forward to hearing from the Court at its earliest convenience.

Respectfully submitted,
Dated: April 8, 2025

*/s/ Janine A. Carlan*                    */s/ Ryan Yagura*

3

JOINT MOTION FOR CLARIFICATION
CASE NO. 3:24-cv-03245-AMO

| | |
|---|---|
| Janine A. Carlan (C.A. SB # 197613) <br> janine.carlan@afslaw.com <br> **ARENTFOX SCHIFF LLP** <br> 44 Montgomery St., 38th Floor <br> San Francisco, CA 94104 <br> Telephone: (415) 757-5500 <br> Facsimile: (415) 757-5501 <br><br> Jasjit S. Vidwan (D.C. SB # 252512) <br> (admitted *pro hac vice*) <br> jasjit.vidwan@afslaw.com <br> **ARENTFOX SCHIFF LLP** <br> 1717 K St., NW <br> Washington, D.C. 20006 <br> Telephone: (202) 857-6000 <br> Facsimile: (202) 857-6395 <br><br> YURI MIKULKA (CA SB # 185926) <br> yuri.mikulka@alston.com <br> MIKE J. NEWTON (CA SB # 156225) <br> mike.newton@alston.com <br> **ALSTON & BIRD LLP** <br> 350 South Grand Avenue, 51st Floor <br> Los Angeles, CA 90071 <br> Telephone: 213-576-1000 <br> Facsimile: 213-576-1100 <br><br> Attorneys for Declaratory Judgment Defendants <br> *OURA HEALTH OY and OURARING INC* | Ryan Yagura (CA SB # 197619) <br> ryagura@omm.com <br> **O'MELVENY & MYERS LLP** <br> 400 South Hope Street, 18th Floor <br> Los Angeles, California 90071 <br> Telephone: (213) 430-6000 <br><br> Marc Pensabene (NY SB # 2656361) <br> mpensabe@omm.com <br> Joanne Bae (NY SB # 5921499) <br> jbae@omm.com <br> **O'MELVENY & MYERS LLP** <br> 1301 Avenue of the Americas, Suite 1700 <br> New York, New York 10019 <br> Telephone: (212) 326-2000 <br><br> Mark Liang (CA SB # 278487) <br> mlian@omm.com <br> Bill Trac (CA SB # 281437) <br> btrac@omm.com <br> Sorin Zaharia (CA SB # 312655) <br> szaharia@omm.com <br> **O'MELVENY & MYERS LLP** <br> Two Embarcadero Center, 28th Floor <br> San Francisco, California 94111-3823 <br> Telephone: (415) 984-8700 <br><br> Cason Cole ((TX SB # 24109741) <br> ccole@omm.com <br> **O'MELVENY & MYERS LLP** <br> 2801 N. Harwood St., 17th Floor <br> Dallas, Texas 75201 <br> Telephone: (972) 360 1916 <br><br> *Attorneys for Plaintiff Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.* |

**<u>ATTESTATION</u>**

I, Janine A. Carlan, am the ECF user whose identification and password are being used to file this Administrative Joint Motion for Clarification. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all signatories to this document have concurred in this filing.

DATED: April 8, 2025              */s/ Janine A. Carlan*
                                   Janine A. Carlan (C.A. SB # 197613)