| | |
|---|---|
| MARK LIANG (CA S.B. # 278487) <br> mliang@omm.com <br> BILL TRAC (CA S.B. #281437) <br> btrac@omm.com <br> SORIN ZAHARIA (CA S.B. #312655) <br> szaharia@omm.com <br> **O'MELVENY & MYERS LLP** <br> Two Embarcadero Center, 28th Floor <br> San Francisco, California 94111-3823 <br> Telephone: +1 415 984 8700 <br><br> RYAN YAGURA (CA S.B. #197619) <br> ryagura@omm.com <br> **O'MELVENY & MYERS LLP** <br> 400 South Hope Street, 18th Floor <br> Los Angeles, California 90071 <br> Telephone: +1 213 430 6000 <br><br> *Attorneys for Plaintiffs* <br> *SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.* | MARC J. PENSABENE (NY S.B. #2656361) (*pro hac vice*) <br> mpensabene@omm.com <br> JOANNE BAE (NY S.B. #5921499) <br> (*pro hac vice*) <br> jbae@omm.com <br> **O'MELVENY & MYERS LLP** <br> 1301 Avenue of the Americas, Suite 1700 <br> New York, New York 10019 <br> Telephone: +1 212 326 2000 <br><br> CASON COLE (TX S.B. #24109741) <br> (*pro hac vice*) <br> ccole@omm.com <br> **O'MELVENY & MYERS LLP** <br> 2801 N. Harwood St., 17th Floor <br> Dallas, Texas 75201 <br> Telephone: +1 972 360 1916 |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ŌURA HEALTH OY and OURARING INC., <br><br> Defendants. | Case No. 3:24-cv-03245-AMO <br><br> **PLAINTIFF SAMSUNG'S NOTICE REGARDING AMENDED COMPLAINT** <br><br> Judge: Hon. Araceli Martinez-Olguin |

1  Plaintiffs Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") respectfully submit this Notice to inform the Court that they do not intend to file an amended complaint.

On May 30, 2024, Samsung filed its original Complaint initiating this action, seeking a declaratory judgment that its products do not infringe five patents owned by Defendants Ōura Health Oy and Ouraring Inc. (collectively, "Oura"). Dkt. 1. Two weeks later, on June 14, 2024, Oura filed its Rule 12(b)(1) Motion to Dismiss for lack of subject matter jurisdiction, arguing that there is no actual controversy regarding infringement between the parties that could support declaratory judgment jurisdiction. Dkt. 29. The Court granted Oura's Motion to Dismiss on March 27, 2025, giving Samsung leave until April 25, 2025 to file an amended complaint asserting any additional allegations against Oura. Dkt. 57. Samsung therefore informs the Court that Samsung does not intend to file an amended complaint.

Dated: April 25, 2025

O'MELVENY & MYERS LLP

By:  /s/ *Mark Liang*
        Mark Liang

RYAN YAGURA
MARC PENSABENE
MARK LIANG
BILL TRAC
SORIN ZAHARIA
CASON COLE
JOANNE BAE

*Attorneys for Plaintiff Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*