**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | CASE NO. 3:24-cv-03245-AMO |
| Plaintiff, | Assigned to: Hon. Araceli Martinez-Olguin |
| vs. | ~~[PROPOSED]~~ **JUDGMENT** |
| OURA HEALTH OY and OURARING INC., | |
| Defendants. | |

Pursuant to the Order Granting Defendants' Motion to Dismiss (ECF No. 57), and Federal Rule of Civil Procedure 58, judgment is entered in favor of Defendants Oura Health Oy and Ouraring Inc. and against Plaintiffs Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.

**IT IS SO ORDERED.**

Dated:     May 19, 2025

The Honorable Araceli Martínez-Olguín
United States District Judge